Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Encap, LLC             v. The Scotts Company LLC

No. 15-1008

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    The Scotts Company LLC
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert M. Schulman |
| Law firm: | Hunton & Williams LLP |
| Address: | 2200 Pennsylvania Avenue, N.W. |
| City, State and ZIP: | Washington, DC 20037 |
| Telephone: | 202-955-1928 |
| Fax #: | 202-778-2201 |
| E-mail address: | rschulman@hunton.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/28/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/16/14
Date

_____
Signature of pro se or counsel

cc: see attached certificate of service

123

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed an original copy of this ENTRY OF APPEARANCE with the U.S. Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 16th day of October, 2014, by electronic delivery through the Court's CM/ECF system to:

Aaron T. Olejniczak
Andrus Intellectual Property Law, LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
aarono@andruslaw.com

Phil M. Weiss
Weiss & Weiss
410 Jericho Turnpike, Suite 105
Jericho, NY 11753
weissandweiss@aol.com

*Counsel for Encap, LLC*

   /s/ Robert M. Schulman
Robert M. Schulman
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel: (202)955-1928
Fax: (202)778-2201
rschulman@hunton.com

*Counsel for The Scotts Company LLC*