NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENCAP, LLC,**
*Appellant,*

v.

**THE SCOTTS COMPANY LLC,**
*Appellee.*

---

2015-1008

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00110.

---

**ON MOTION**

---

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") informs the court that the Director exercises the right under 35 U.S.C. § 143 to intervene in the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellee's brief and the intervenor's brief shall be due within 40 days of the date of filing of this order.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s27