NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENCAP, LLC,**
*Appellant,*

v.

**THE SCOTTS COMPANY LLC,**
*Appellee.*

2015-1008

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00110.

**ON MOTION**

**O R D E R**

The Scotts Company LLC ("Scotts") and Encamp, LLC ("Encamp") jointly move without opposition for a 14-day extension of time, until March 2, 2015, for appellee and intervenor to file their principal briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appellee's brief and the intervenor's brief are due on or before March 2, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27