# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |
|---|---|
| Encap, LLC, v. The Scotts Company LLC | Appeal No. 2015-1008 |

## DIRECTOR'S UNOPPOSED MOTION
## TO ENLARGE THE TIME FOR FILING THE DIRECTOR'S BRIEF

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26, requests that the time for filing the Director's Brief in the above-captioned appeal, now due March 2, 2015 be extended 42 days to April 13, 2015. This is the Director's first request for an enlargement of time in this case.

Counsel for the Director requests this enlargement because extraordinary circumstances exist for this motion. The Director was informed yesterday, February 26, 2015, that the parties have settled and will file notice of settlement with the Court on or before March 2, 2015, stating, *inter alia*, that as part of the settlement agreement The Scotts Company will withdraw from this appeal. However, Encap's counsel informed the Director today, February 27, 2015, that it will continue to pursue the appeal against the USPTO.

The USPTO intervened in this appeal primarily to defend the Patent Trial and Appeal Board's regulations and practices regarding motions to amend. But for the

settlement, the USPTO's brief would have been limited to responding to Encap's arguments regarding the Board's denial of its motion to amend.  Now, with the settlement, the USPTO will provide a full defense of the Board's decision on the merits.

Counsel for Appellant was contacted on Friday, February 27, 2015, and stated that he does not oppose this request for enlargement of time.

This motion is accompanied by a declaration and a proposed Order.


Dated: February 27, 2015                              Respectfully submitted,


                                       /s/ FARHEENA Y. RASHEED
                                       NATHAN K. KELLEY
                                       Solicitor

                                       FARHEENA Y. RASHEED
                                       SCOTT C. WEIDENFELLER
                                       Associate Solicitors

                                       Mail Stop 8, Office of the Solicitor
                                       United States Patent and Trademark Office
                                       P.O. Box 1450
                                       Alexandria, Virginia 22313-1450
                                       (571) 272-9035

                                       Attorneys for the Director of the
                                       United States Patent and Trademark Office

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ORDER

Upon consideration of the Director's Unopposed Motion for a 42-day enlargement of time, it is

ORDERED that the Director's motion is granted and that the Director's Brief is due on April 13, 2015.

FOR THE COURT

Date: _____

_____
Admiral Daniel E. O'Toole
Clerk,
United States Court of Appeals
For the Federal Circuit

cc:    Nathan K. Kelley
       Mail Stop 8, Office of the Solicitor
       United States Patent and Trademark Office P.O. Box 1450
       Alexandria, Virginia 22313-1450

       Philip M. Weiss
       Weis & Weiss
       410 Jericho Turnpike
       Suite 105
       Jericho, NY  11753

       *Attorney for Appellant*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |
|---|---|
| )<br>Encap, LLC, v. The Scotts Company )<br>LLC                                             )<br>_____ ) | Appeal No. 2015-1008 |

## DECLARATION IN SUPPORT OF DIRECTOR'S UNOPPOSED
## MOTION TO ENLARGE THE TIME
## FOR FILING THE DIRECTOR'S BRIEF

1.   I am the principal attorney assigned to work on this case.

2.   I believe extraordinary circumstances exist for the extension.  The Director was informed on February 26, 2015, that the above parties have settled and will file such a notice with the Court.  As per the settlement, The Scotts Company will withdraw from this appeal.  However, Encap's counsel informed the Director today, February 27, 2015, that it will continue to pursue the appeal against the United States Patent and Trademark Office.

3.   The Director initially intervened in this appeal to defend the Patent Trial and Appeal Board's regulations and practices regarding motions to amend, and the Director's brief would have been limited to those arguments absent the settlement.  Now, with the settlement, the Director will provide a full defense of the Patent Trial Appeal Board on the merits.

4.   Counsel for Encap has stated that he does not oppose the Director's motion for a 42-day enlargement of time.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 27, 2015          /s/ Farheena Y. Rasheed
                                       Farheena Y. Rasheed
                                       Associate Solicitor

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2015 I electronically filed the

foregoing MOTION TO ENLARGE TIME with the Court's CM/ECF filing

system, which constitutes service, pursuant to Fed. R. App. P. 25(c)(2), Fed. Cir.

R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing

6(A) (May 17, 2012).

<u>/s/ Farheena Y. Rasheed</u>
Farheena Y. Rasheed
Associate Solicitor
Mail Stop 8, Office of the Solicitor,
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA  22313-1450