Appeal No. 2015-1008

IN THE

# United States Court of Appeals For the Federal Circuit

ENCAP, LLC,
*Paten Owner – Appellant,*

v.

THE SCOTTS COMPANY LLC,
*Petitioner – Appellee.*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2013-00110

**NOTICE OF APPELLEE THE SCOTTS COMPANY LLC**

Appellee, The Scotts Company LLC, hereby withdraws all appearances and notifies the Court that it shall terminate its participation in the appeal of IPR2013-00110 to the United States Court of Appeals for the Federal Circuit in Case No. 2015-1008. Appellee will not file an Appellee Brief, will not participate in Oral Argument and will not participate in any remanded action as a result of this termination of participation.

Dated: March 6, 2015.  Respectfully submitted,

By: */s/ Robert M. Schulman*
Robert M. Schulman
Hunton & Williams LLP
2200 Pennsylvania Ave., N.W.
Washington, DC 20037
Tel: (202)955-1928
Fax: (202)778-2201
rschulman@hunton.com

David A. Kelly
Hunton & Williams LLP
600 Peachtree Street, NE
Atlanta, GA 30308
Tel: (404)888-4280
Fax: (404)888-4190
dkelly@hunton.com

Alexander Spiegler
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, NY 10166-0005
Tel: (212) 309-1096
Fax: (212) 309-1100
aspiegler@hunton.com
*Counsel for The Scotts Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed an original copy of this NOTICE OF APPELLEE THE SCOTTS COMPANY LLC with the U.S. Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 6th day of March, 2015, by electronic delivery through the Court's CM/ECF system to:

Phil M. Weiss
Weiss & Weiss
410 Jericho Turnpike, Suite 105
Jericho, NY 11753
weissandweiss@aol.com

Aaron T. Olejniczak
Andrus Intellectual Property Law, LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
aarono@andruslaw.com

*Counsel for Encap, LLC*

Nathan K. Kelley, Solicitor
Scott C. Weidenfeller
Farheena Y. Rasheed
Office of the Solicitor, U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
nathan.kelley@uspto.gov
scott.weidenfeller@uspto.gov
farheena.rasheed@uspto.gov

*Counsel for the U.S. Patent and Trademark Office*

　　　　　　　　　　　　　　　　　　　*/s/ Robert M. Schulman*
　　　　　　　　　　　　　　　　　　　Robert M. Schulman

                                        Hunton & Williams LLP
                                        2200 Pennsylvania Ave., N.W.
                                        Washington, DC 20037
                                        Tel: (202)955-1928
                                        Fax:  (202)778-2201
                                        rschulman@hunton.com

*Counsel for The Scotts Company LLC*